UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES MARTIN,<br><br>    Plaintiff<br><br>v.<br><br>CAESARS ENTERTAINMENT, INC.,<br>EASTERN BAND OF CHEROKEE<br>INDIANS,<br><br>    Defendant | Case No.: 2:25-cv-01929-APG-DJA<br><br>**Order Dismissing Case**<br><br>[ECF Nos. 4, 5, 6, 7] |

   I HEREBY GRANT the plaintiff's motion to voluntarily dismiss this case without prejudice. ECF No. 7.  I deny without prejudice all pending motions. ECF Nos. 4, 5, 6.  The clerk of court is directed to enter judgment and close this case.

   DATED this 3rd day of December, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE